# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*


**Name of Offender:**   Veraniquie Wallace            **Docket Number:**   2:10CR00350-003

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   9/29/2011

**Original Offense:** 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion (CLASS A FELONY)

18 USC 1594(d)(1) - Forfeiture

**Original Sentence:**   60 months custody Bureau of Prisons; 120 months supervised release; $100 special assessment; restitution deferred until 01/05/2012

**Special Conditions:**   1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Aftercare co-payment; 5) No computer access; 6) No contact with minors; 7) Computer inspection; 8) Access to phone records; 9) Third party disclosure; 10) Residence pre-approval

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   10/31/2014

**Other Court Actions:**

<u>**11/19/2014**</u>:         Court approved modification of special conditions to include mental health treatment, including sex offender therapy.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

>The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, treatment support groups, and/or Visual Reaction Treatment] as approved and directed by the probation officer and as recommended by the assigned treatment provider.

**Justification:** On September 29, 2011, the supervisee was sentenced to supervised release for a term of 120 months following her conviction for Sex Trafficking of Children or by Force, Fraud, and Coercion. She was not ordered to participate in sex offender treatment nor was she required, as all offenders convicted of sex offenses, to undergo a polygraph examination. This modification will not only be consistent with other offenders convicted of sex offenses, but will be used to reinforce compliance and monitor her behavior.

The above modification has been reviewed, and accepted, by the offender. She offered no objections to the proposed modification and signed the Probation 49 Form, *Waiver of Hearing to Modify Conditions,* which has been filed.

Respectfully submitted,

**/s/ Jose Pulido**

**JOSE T. PULIDO**
**Senior United States Probation Officer**
Telephone: 559-499-5725

**DATED:** 7/25/2016

Reviewed by,

**/s/ Tim Mechem**

**TIM D. MECHEM**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  July 28, 2016

CC:

_____
UNITED STATES DISTRICT JUDGE

United States Probation

Assistant United States Attorney: Laurel D. White

Appointed Defense Counsel: Michael L. Chastaine