1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )        Case №: 2:10-cr-00350 KJM
                                      )
9                    Plaintiff,       )
                                      )              **O R D E R**
10        vs.                         )        **APPOINTING COUNSEL**
                                      )
11   VERANIQUIE WALLACE,              )
                                      )
12                   Defendant.       )
                                      )
13   _____)

14        Mr. Ramos seeks appointment to assist the defendant with a request to modify terms of

15   probation. The Federal Defender supports this appointment. Benjamin Ramos is hereby specially

16   appointed effective March 10, 2022. The defendant continues to qualify for appointed counsel.

17   DATED:  March 11, 2022.

18

19   _____

20          CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28