PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VERANIQUIE WALLACE,<br><br>                    Defendant. | CASE NO. 2:10-CR-0350-KJM<br><br>ORDER RE: UNOPPOSED REQUEST FOR RELEASE OF THE PRESENTENCE INVESTIGATION REPORT TO COUNSEL |

The Court has received and considered the unopposed request seeking the release of the

Presentence Investigation Report ("PSR") for defendant Veraniquie Wallace to counsel for the United

States of America ("government") and counsel for defendant Veraniquie Wallace.  The Court HEREBY

GRANTS the request and ORDERS that:

      1.      The U.S. Probation Office for the Eastern District of California ("Probation Office") is

authorized to release a copy of the PSR for defendant Veraniquie Wallace to counsel for the

government.

      2.      The Probation Office is further authorized to release a copy of the PSR for defendant

Veraniquie Wallace to Benjamin Ramos, Esq., who is counsel of record for defendant Veraniquie

/ / /

/ / /

/ / /

/ / /

1    Wallace.  If necessary, the government may also provide a copy of the PSR for defendant Veraniquie

2    Wallace to Benjamin Ramos, Esq., as counsel for defendant Veraniquie Wallace.

3        IT IS SO ORDERED.

4    DATED:  April 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
UNITED STATES V. WALLACE, 2:10-CR-0350 KJM