PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VERANIQUIE WALLACE, <br><br> Defendant. | CASE NO. 2:10-CR-0350-KJM <br><br> ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The Court has received and considered the parties' stipulation regarding a briefing schedule on defendant Veraniquie Wallace's ("defendant") Motion for Early Termination of Supervised Release (ECF No. 86), which is pending before the Court. The Court HEREBY APPROVES the parties' proposed briefing schedule and ORDERS that:

1. On or before May 16, 2022, the United States of America shall file an opposition or a statement of non-opposition to the Motion for Early Termination of Supervised Release;

2. On or before May 23, 2022, the defendant shall file a reply brief, if any; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. The Motion for Early Termination of Supervised Release will be heard on the Court's criminal calendar on June 6, 2022, at 9:00 a.m., unless the Court determines that a hearing is unnecessary.

IT IS SO ORDERED this 29th day of April, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE